# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolyn Tellez,<br><br>           Plaintiff,<br><br>v.<br><br>Cornerstone Behavioral Health Tucson LLC,<br><br>           Defendant. | No. CV-21-00006-TUC-RCC<br><br>**ORDER** |

This matter having come before this Court by the parties' Stipulation to Stay Proceedings, and good cause appearing;

IT IS ORDERED:

1) The Stipulation is GRANTED. (Doc. 8.) This matter is **STAYED**.

2) The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this matter and the case shall remain closed until further Order of the Court.

3) The parties shall engage in private, binding, arbitration in accordance with Defendant's Employment Dispute Resolution (EDR) Program, and the proceedings and all deadlines herein are stayed until the arbitration has been fully completed.

4) If Petitioner wishes to continue litigating this matter after arbitration, **she must request that the stay be lifted within thirty days of the conclusion of arbitration.** Failure to submit a timely motion to lift the stay may result in a denial and a dismissal of this action in its entirety.

5) Respondent shall have 14 days from the date of the dissolution of the stay to file an Answer to Plaintiff's Complaint.

6) If Plaintiff does not wish to continue litigating this matter after the completion of arbitration, she shall file a dismissal document within thirty days of the completion of arbitration proceedings.

Dated this 1st day of July, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge